CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Bryan Rigoberto Romero Salazar**; DOB: 2004; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-01820MJ** |

| Complaint for violations of Title 18, United States Code §§ 554(a), 922(g)(5), and 924(1)(8) |
|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count One**: On or about April 24, 2023, in the District of Arizona, **Bryan Rigoberto Romero Salazar** knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article, or object, to wit: one (1) Smith and Wesson model 5.56mm AR lower receiver 5.56mm rifle, one (1) Aero Precision AR short barrel rifle and an empty 30-round magazine, one (1) Spikes Tactical AR pistol and an empty 30-round magazine, one (1) Anderson Manufactured AR pistol and an empty 30-round magazine, three (3) Center Point 3-12 x 44mm rifle scopes, and two (2) packages of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2, Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 73; all in violation of Title 18, United States Code, Section 554(a).

**Count Two**: On or about April 24, 2023, in the District of Arizona, **Bryan Rigoberto Romero Salazar**, an alien, who was illegally and unlawfully found in the United States, did knowingly possess firearms and ammunition, that is, one (1) Smith and Wesson model 5.56mm AR lower receiver 5.56mm rifle, bearing serial number T25895, one (1) Aero Precision AR short barrel rifle, bearing serial number M4-0159232, one (1) Spikes Tactical AR pistol, bearing serial number 010599, one (1) Anderson Manufactured AR pistol bearing serial number 22084847, and two (2) packages of ammunition, said firearms and ammunition being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

At approximately 3:15 p.m. on April 24, 2023, at or near Sasabe, in the District of Arizona, agents with the United States Border Patrol received a report of a green 2007 Ford F-150 truck speeding in a reckless manner near milepost 12 on State Route 286. Agents observed a young male with a bowl hairstyle driving the F-150 and no other occupants. An agent followed the truck for approximately nine miles, at which point the vehicle began driving in tandem with a white Ford Super-Duty truck, with both vehicles heading southbound toward the town of Sasabe and the international boundary fence (IBF). Agents observed the F-150 and the Super-Duty trucks driving toward and then alongside the IBF, with the F-150 eventually crashing into the IBF. The driver of the F-150, a young male with a bowl hairstyle, exited the vehicle and ran northbound until he was eventually apprehended by agents. None of the occupants in the white Super-Duty truck were apprehended. Agents initially believed the driver of the green F-150 to be a 16 year-old Mexican citizen named Angel Axel Silvas-Salazar, who lacked the proper documentation to lawfully enter or remain **(continued on the following page)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: None

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>MCC1<br>AUTHORIZED AUSA Matthew C. Cassell | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 22, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

23-01820MJ

in the United States.

Agents located a cellular telephone and over $2000 in United States currency, mostly in $100 bills, on the driver's person. Inside the F-150, agents located a duffel bag in the rear cabin. The duffel bag contained one (1) Smith and Wesson model 5.56mm AR lower receiver 5.56mm rifle, bearing serial number T25895, one (1) Aero Precision AR short barrel rifle, bearing serial number M4-0159232, with an empty 30-round magazine, one (1) Spikes Tactical AR pistol, bearing serial number 010599, with an empty 30-round magazine, one (1) Anderson Manufactured AR pistol bearing serial number 22084847, with an empty 30-round magazine, three (3) Center Point 3-12 x 44mm rifle scopes, and two (2) packages of ammunition. The firearms were wrapped in cellophane.

Based on this information, the United States filed a juvenile information on April 25, 2023, charging the driver with one count of smuggling items into the United States, in violation of 18 U.S.C. § 554(a), and one count of alien in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(5). .

A Border Patrol agent contacted the Mexican Consulate to request assistance in confirming the driver's biographic information. The Consulate was unable to find any information in the Clave Unica de Registraro de Poblacion (CURP) on the driver's name, Angel Axel Silvas-Salazar. A Consulate representative interviewed the driver, who informed the official that his true name is **Bryan Rigoberto Romero Salazar** and that his date of birth made him an adult when he committed the offenses charged in this Complaint. The Consulate ran his true name and date of birth in the CURP system and produced a CURP record.

Agents with the United States Border Patrol Evidence Collection Team located latent fingerprints on the cellophane used to wrap the guns in the duffel. A forensic fingerprint examiner compared these latent prints to the known prints taken from **Bryan Rigoberto Romero Salazar** and determined them to be a match.

An agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives determined that the firearms and ammunition retrieved from the duffel bag in the F-150 were not manufactured in the State of Arizona, thereby having affected interstate or foreign commerce.

The firearms, magazines, scopes, and ammunition found in the duffel bag qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.

**Bryan Rigoberto Romero Salazar** does not have a license or any other lawful authority to export these items from the United States into Mexico.